IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SHANNON KRAESE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. CV417-166 |
| | ) |
| JIALIANG QI and GD TOUR INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## O R D E R

Before the Court is Defendants' Notice of Settlement. (Doc. 98.) In their notice, Defendants inform the Court that the parties have reached an agreement to settle this case and expect to effectuate the settlement within thirty days. (Id. at 1.) Therefore, the parties request that all deadlines in this case be stayed until the parties can file a stipulation of dismissal in accordance with their settlement agreement. (Id.) In light of the foregoing, the parties' request (Doc. 98) is **GRANTED**. All outstanding motions and deadlines in this case are hereby **STAYED** pending the parties filing an appropriate stipulation of dismissal.

However, if the parties do not file a stipulation of dismissal within **thirty (30) days** of the date of this order, the Clerk of Court is directed to reopen this case. The parties will then have **seven (7) days** from the date the case is reopened to comply with any elapsed pre-trial deadlines. Additionally, if the case is

reopened, trial in this case will commence on September 13, 2022, as previously scheduled.

SO ORDERED this 7th day of July 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA