IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SHANNON KRAESE, )
)
    Plaintiff, )
)
v. ) CASE NO. CV417-166
)
JIALIANG QI and GD TOUR INC., )
)
    Defendants. )
)
)

O R D E R

Before the Court is the parties' Stipulation of Dismissal with Prejudice. (Doc. 100.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' request (Doc. 100) is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.[1]

SO ORDERED this 8th day of August 2022.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Defendants' Renewed Application for Leave of Absence (Doc. 90), Motion to Trifurcate (Doc. 91), and Motion in Limine (Doc. 92) are **DISMISSED AS MOOT**.